Kristine M. Akland
Center for Biological Diversity
P.O. Box 7274
Missoula, MT 59807
Phone: (406) 544-9863
kakland@biologicaldiversity.org

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** | Case No. CV-21-144-DWM |
| Plaintiff, | **MOTION FOR ADMISSION OF CAMILA COSSÍO *PRO HAC VICE* PURSUANT TO L.R. 83.1(d)** |
| v. | |
| **U.S. DEPARTMENT OF THE INTERIOR, et al.** | |
| Defendants. | |

By and through local counsel, and in accordance with L.R. 83.1(d), Plaintiff Center for Biological Diversity respectfully moves this Court to admit Camila Cossío *pro hac vice* in this matter. Ms. Cossío's contact information is:

> Camila Cossío
> Center for Biological Diversity
> P.O. Box 11374
> Portland, OR 97211
> Phone: (971) 717-6727
> ccossio@biologicaldiversity.org

In support of this motion, Plaintiff submits the Affidavit of Camila Cossío, which provides the information required by L.R. 83.1(d)(3).

Additionally, Kristine M. Akland, a member of the Bar of this Court, consents to be Plaintiff's local counsel in this matter, and can readily communicate regarding the conduct of this case, receive service of documents, and is responsible to participate as required under L.R. 83.1(d)(5). Counsel for Federal Defendants have not yet entered an appearance, and Plaintiffs were unable to confer, pursuant to L.R. 7.1(c)(1), with opposing counsel as to their position regarding this motion.

Respectfully submitted this 29th day of November, 2021.

/s/ *Kristine M. Akland*
Kristine M. Akland
Center for Biological Diversity
P.O. Box 7274
Missoula, MT 59807
(406) 544-9863
kakland@biologicaldiversity.org

**CERTIFICATE OF SERVICE**

I certify that on November 29, 2021, I electronically filed the foregoing document with the Clerk of the U.S. District Court for the District of Montana using the Court's CM-ECF System, which will send a Notice of Electronic Filing to all counsel of record.

*/s/Kristine M. Akland*
Kristine M. Akland