IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>                Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>                Defendants. | CV 21–144–M–DWM<br><br><br>ORDER |

      Plaintiff Center for Biological Diversity moves for the admission of Camila Cossio and Collette Adkins to practice before this Court in this case with Kristine Akland to act as local counsel. The applicant attorneys' applications appear to be in order. Therefore,

      IT IS ORDERED that Plaintiff's motions to admit Camila Cossio and Collette Adkins *pro hac vice*, (Docs. 4, 5) are GRANTED on the condition that Ms. Cossio and Ms. Adkins shall do their own work. This means that Ms. Cossio and Ms. Adkins must do their own writing; sign their own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.ucourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Cossio and Ms. Adkins within fifteen (15) days of the date of this Order, file a notice acknowledging their respective admission under the terms set forth above. Counsel are advised that this Court's custom is to limit each side to two *pro hac vice* admissions.

DATED this 1st day of December, 2021.

_____
Donald W. Molloy, District Judge
United States District Court