TODD KIM, Assistant Attorney General
SETH M. BARSKY, Chief
S. JAY GOVINDAN, Assistant Chief
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 307-6623 (tel)
(202) 305-0275 (fax)
kaitlyn.poirier@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, in her official capacity as Principal Deputy Director of the U.S. Fish and Wildlife Service; U.S. DEPARTMENT OF THE INTERIOR; and DEB HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior,<br><br>Defendants. | Case No: 9:21-cv-00144-DWM<br><br>NOTICE OF APPEARANCE |

Please take notice that Kaitlyn Poirier of the United States Department of Justice

enters her appearance as counsel in the above-captioned matter for Defendants the

Notice of Appearance - 1

U.S. Fish and Wildlife Service; Martha Williams, in her official capacity as Principal Deputy Director of the U.S. Fish and Wildlife Service; the U.S. Department of the Interior; and Deb Haaland, in her official capacity as Secretary of the U.S. Department of the Interior. Ms. Poirier is registered for Electronic Case Filing ("ECF"). Relevant addresses, telephone numbers, and contact information for Ms. Poirier are as follows:

Mailing Address:

>Kaitlyn Poirier
>United States Department of Justice
>Environment & Natural Resources Division
>Wildlife & Marine Resources Section
>Ben Franklin Station, P.O. Box 7611
>Washington, D.C. 20044-7611

Overnight Delivery / Street Address:

>Kaitlyn Poirier
>United States Department of Justice
>Environment & Natural Resources Division
>Wildlife & Marine Resources Section
>4 Constitution Square
>150 M St., NE Room 3.1118
>Washington, D.C. 20002

Telephone / Facsimile:

>Tel: (202) 307-6623
>Fax: (202) 305-0275

E-Mail:

>kaitlyn.poirier@usdoj.gov

Notice of Appearance - 2

Dated: February 4, 2022

        Respectfully submitted,

        TODD KIM, Assistant Attorney General
        SETH M. BARSKY, Section Chief
        S. JAY GOVINDAN, Assistant Section Chief

        */s/ Kaitlyn Poirier*
        KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        Ben Franklin Station, P.O. Box 7611
        Washington, D.C. 20044-7611
        Telephone: (202) 307-6623
        Fax: (202) 305-0275
        Email: kaitlyn.poirier@usdoj.gov

        Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2022, a true and correct copy of the above Notice of Appearance was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ *Kaitlyn Poirier*
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-6623
Facsimile: (202) 305-0275
Email: kaitlyn.poirier@usdoj.gov

Attorney for Defendants