IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED STATES FISH & WILDLIFE SERVICE, et al.,<br><br>            Defendants. | CV 21–144–M–DWM<br><br>ORDER |

The parties jointly move for a stay of this proceeding. (Doc. 10.) Currently, Defendants' answer is due February 7, 2022, (Doc. 3), but the parties represent that settlement communications are ongoing, which may obviate later proceedings. Accordingly,

IT IS ORDERED that the parties' motion for a stay, (Doc. 10), is GRANTED. The case will be stayed until April 8, 2022.

IT IS FURTHER ORDERED that the deadlines in the previous scheduling order, (Doc. 3), are VACATED.

1

IT IS FURTHER ORDERED that the parties shall file either a notice of settlement or a proposed briefing schedule by April 1, 2022. No further extensions of time will be given.

DATED this 4th day of February, 2022.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court