IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES FISH & WILDLIFE SERVICE, et al., <br><br> Defendants. | CV 21–144–M–DWM <br><br><br> ORDER |

The parties jointly move for an extension of the stay in this proceeding based on ongoing negotiations. (Doc. 15.) Accordingly,

IT IS ORDERED that the joint motion for an extension of the stay, (Doc. 15), is GRANTED. The case will be stayed until July 5, 2022.

IT IS FURTHER ORDERED that the parties will filed a joint status report on or before June 27, 2022, to provide an update as to the status of any settlement agreement.

DATED this 6th day of April, 2022.

Donald W. Molloy, District Judge
United States District Court

1