Kristine M. Akland
Center for Biological Diversity
P.O. Box 7274
Missoula, MT 59807
Phone: (406) 544-9863
kakland@biologicaldiversity.org

Camila Cossío, *admitted pro hac vice*
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: (971) 717-6727
ccossio@biologicaldiversity.org

Collette L. Adkins, *admitted pro hac vice*
Center for Biological Diversity
P.O. Box 595
Circle Pines, MN 55014-0595
Phone: (651) 955-3821
cadkins@biologicaldiversity.org

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**U.S. FISH AND WILDLIFE SERVICE, et al.**<br><br>　　　　Defendants. | ) Case No. CV-21-144-DWM<br>) Judge Donald W. Molloy<br>)<br>) **JOINT MOTION TO EXTEND STAY**<br>) **OF PROCEEDINGS**<br>) |

Plaintiff Center for Biological Diversity ("Center") and Federal Defendants the United States Fish and Wildlife Service ("Service"); Martha Williams, in her official capacity as Director of the Service; the United States Department of the Interior; and Debra Haaland, in her official capacity as Secretary of the Interior, hereby jointly provide this status report and request a three-month extension of the stay of proceedings until October 5, 2022.

The Center filed this lawsuit in December 2021, challenging the Service's Final 2020-2021 Station-Specific Hunting and Sport Fishing Rule. Dkt. 1. Based on the parties' need to focus on settlement communications, the case has been stayed through July 5, 2022. Dkts. 11, 17.

During the stay, Plaintiff and Federal Defendants have exchanged multiple offers and counteroffers. Most recently, Federal Defendants provided Plaintiff a detailed counteroffer on June 23, 2022, which the parties discussed on June 24, 2022. The parties are optimistic that they can settle this case, as they have reached a tentative agreement in principle on key terms and will now turn to drafting the written settlement agreement and seeking necessary approvals.

To allow these productive settlement efforts to continue, the parties request an extension of the stay to October 5, 2022. If granted, the parties will file a joint status report on or before that date, to update the Court as to the status of the settlement agreement.

This three-month extension will also allow time for the Service to finalize its

2022-2023 Station-Specific Hunting and Sport Fishing Rule (the rule the Service issues annually that describes changes for hunting and fishing on the National Wildlife Refuge System). The Service anticipates submitting the final rule to the Office of the Federal Register by the end of September 2022. Extending the stay until after publication of the final rule would allow Plaintiff time to determine if the Service's final rule satisfies some of the Center's goals of this litigation, which would further facilitate settlement of the case.

For the foregoing reasons, the parties jointly and respectfully request entry of the proposed order attached.

DATED: June 27, 2022

/s/ *Camila Cossío*
Camila Cossío, *admitted pro hac vice*
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: (971) 717-6727
ccossio@biologicaldiversity.org

/s/ *Collette L. Adkins*
Collette L. Adkins, *admitted pro hac vice*
Center for Biological Diversity
P.O. Box 595
Circle Pines, MN 55014-0595
Phone: (651) 955-3821
Fax: (510) 844-7150
cadkins@biologicaldiversity.org

/s/ *Kristine M. Akland*
Kristine M. Akland
Center for Biological Diversity

Joint Motion to Extend Stay of Proceedings - 3

        P.O. Box 7274
        Missoula, MT 59807
        Phone: (406) 544-9863
        kakland@biologicaldiversity.org

        *Attorneys for Plaintiff*

        TODD KIM, Assistant Attorney General
        SETH M. BARSKY, Section Chief
        S. JAY GOVINDAN, Assistant Section Chief

        */s/ Kaitlyn Poirier*
        KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        Ben Franklin Station, P.O. Box 7611
        Washington, D.C. 20044-7611
        Telephone: (202) 307-6623
        Fax: (202) 305-0275
        Email: kaitlyn.poirier@usdoj.gov

        *Attorney for Federal Defendants*