TODD KIM, Assistant Attorney General
SETH M. BARSKY, Deputy Assistant Attorney General
S. JAY GOVINDAN, Section Chief
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
(202) 307-6623 (tel)
(202) 305-0275 (fax)
kaitlyn.poirier@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>  Plaintiff,<br><br>    v.<br><br>U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service; U.S. DEPARTMENT OF THE INTERIOR; and DEBRA HAALAND, in her official capacity as Secretary of the U.S. Department of the Interior,<br><br>  Defendants. | Case No: 9:21-cv-00144-DWM<br><br>JOINT STATUS REPORT |

Plaintiff and Federal Defendants hereby jointly provide this status report. Federal Defendants' counsel has submitted the proposed settlement agreement—

Joint Status Report - 1

which would settle the merits of the case—to the Assistant Attorney General for the United States Department of Justice's Environment and Natural Resources Division for approval or disapproval. Federal Defendants anticipate that the Assistant Attorney General will decide whether to approve the settlement agreement before the stay expires on November 23, 2022. The parties have also submitted several offers and counteroffers regarding Plaintiff's request to settle attorneys' fees and costs. The parties' discussions regarding fees are ongoing.

Dated: November 18, 2022

        Respectfully submitted,

        TODD KIM, Assistant Attorney General
        SETH M. BARSKY, Deputy Assistant Attorney General
        S. JAY GOVINDAN, Section Chief

        */s/ Kaitlyn Poirier*
        KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
        U.S. Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        Ben Franklin Station, P.O. Box 7611
        Washington, D.C. 20044-7611
        Telephone: (202) 307-6623
        Fax: (202) 305-0275
        Email: kaitlyn.poirier@usdoj.gov

        Attorney for Federal Defendants

        */s/ Camila Cossío*
        Camila Cossío, admitted pro hac vice
        Center for Biological Diversity
        P.O. Box 11374

Portland, OR 97211
Phone: (971) 717-6727
ccossio@biologicaldiversity.org

*/s/ Collette L. Adkins*
Collette L. Adkins, admitted pro hac vice
Center for Biological Diversity
P.O. Box 595
Circle Pines, MN 55014-0595
Phone: (651) 955-3821
Fax: (510) 844-7150
cadkins@biologicaldiversity.org

*/s/ Kristine M. Akland*
Kristine M. Akland
Center for Biological Diversity
P.O. Box 7274
Missoula, MT 59807
Phone: (406) 544-9863
kakland@biologicaldiversity.org

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2022, a true and correct copy of the above document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ *Kaitlyn Poirier*
KAITLYN POIRIER, Trial Attorney (TN Bar # 034394)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 307-6623
Facsimile: (202) 305-0275
Email: kaitlyn.poirier@usdoj.gov

Attorney for Federal Defendants

Joint Status Report - 4