IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>              Plaintiff,<br><br>vs.<br><br>UNITED STATES FISH & WILDLIFE SERVICE, et al.,<br><br>              Defendants. | CV 21–144–M–DWM<br><br><br>ORDER |

The parties, having reached a stipulated settlement agreement in this case,

IT IS ORDERED that the parties' Stipulated Settlement Agreement, (Doc. 28), is ADOPTED, with the limitation stated below.

IT FURTHER IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE and all deadlines are VACATED. The Court declines to retain jurisdiction over enforcement of the parties' settlement agreement. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

DATED this 30th day of November, 2022.

_____
Donald W. Molloy, District Judge
United States District Court

1